# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2213
Lower Tribunal No. 2019-CA-001292

_____

FLORIDA PENINSULA INSURANCE COMPANY,

Appellant,

v.

SFR SERVICES, LLC a/a/o STEPHEN JOHNSON and SHEILA CORBIN,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Michael T. McHugh, Judge.

June 19, 2026

PER CURIAM.

Appellant Florida Peninsula Insurance Company challenges the trial court's award of attorneys' fees in its favor. We affirm on all issues raised without comment, except one.

We agree with Appellant that the trial court erred when it failed to award prejudgment interest. *Lizardi v. Federated Nat'l Ins. Co*., 322 So. 3d 184, 191 (Fla. 2d DCA 2021) ("The Florida Supreme Court holds that prejudgment interest begins to accrue when entitlement is determined and it 'becomes part of a single total sum

adjudged to be due and owing.' . . . [if] there was a date certain as to the issue of entitlement, and the trial court was obligated to perform its ministerial duty of computing the appropriate amount and adding it to the judgment."); *see also El Brazo Fuerte Bakery 2 v. 24 Hour Air Serv., Inc.*, 330 So. 3d 552, 559 (Fla. 4th DCA 2021); *Laird v. Miao*, 427 So. 3d 669, 669 (Fla. 5th DCA 2026). We therefore reverse and remand on this point for the trial court to enter an amended award accounting for prejudgment interest.

AFFIRMED in part, REVERSED in part, and REMANDED with instruction.

WHITE and SMITH, JJ., and NETCHER E.J., Associate Judge, concur.

Jesse Dyer and Hinda Klein, of Conroy Simberg, Hollywood, for Appellant.

Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED